UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARTIN VOGEL,

     Plaintiff,

v.

P.R. PERNECKY MANAGEMENT
CORP. dba McDONALD'S #942, et al.,

     Defendants.

_____/

Case No. 2:13-cv-01790-CBM-AJW

ORDER RE: JOINT
STIPULATION FOR DISMISSAL
[JS-6]

     Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant McDonald's Corporation,

     IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice in its entirety.

Dated: July 25, 2013

_____
Consuelo B. Marshall
United States District Judge

Order re: Joint Stipulation for Dismissal

*Vogel v. P.R. Pernecky Management Corp., et al.*
Case No. 2:13-cv-01790-CBM-AJW